PERGAMENT NORWALK CORPORATION *v.* WILLIAM
KAIMOWITZ ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 4 Conn. App. 633, is denied.

*George F. Carroll, Jr.,* in support of the petition.

*David F. Waters,* in opposition.

Decided September 24, 1985

STATE OF CONNECTICUT *v.* MAUREEN A. GILNITE

The defendant's petition for certification for appeal
from the Appellate Court, 4 Conn. App. 676, is granted.

*Vincent J. Giedraitis,* in support of the petition.

*Patricia A. Swords,* in opposition.

Decided October 1, 1985

CHARLES DeMARTIN *v.* YALE-NEW HAVEN
HOSPITAL ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 4 Conn. App. 387, is denied.

*Edward M. Sheehy,* in support of the petition.

Decided October 1, 1985

SONDRA LEVY *v.* MARK LEVY

The plaintiff's petition for certification for appeal
from the Appellate Court, 5 Conn. App. 185, is denied.

*Wesley W. Horton,* in support of the petition.

*James R. Greenfield,* in opposition.

Decided October 11, 1985